UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Carothers, Gregory N     )     Case No.  11 B 07132
                                )     Judge Eugene R. Wedoff
                                      Date   02/28/12

Debtor Attorney:

Edwin L Feld & Associates
29 S LaSalle St Ste 328
Chicago, IL  60603

Gregory N. Carothers
2544 Lake Shore Drive
Lynwood, IL  60411                                Mail

Mail

# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Ocwen Loan Servicing LLC

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | 6959 2557 | $ 689.70 | $ 689.70 | $ 689.70 |
| Total Amount Paid by Trustee | | | | $ 689.70 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

_____ Through the Chapter 13 Conduit     __X__ Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 28th day of February, 2012.

| | |
|---|---|
| 02/28/12 | /s/ Rosalind Lanier |
| Date | Marilyn O. Marshall |
| | Chapter 13 Trustee |
| | Office of the Chapter 13 Trustee |
| | Suite 800 |
| | 224 South Michigan Avenue |
| | Chicago, IL  60604-2500 |

| | |
|---|---|
| **Debtor** | **US Trustee** |
| Gregory N. Carothers | Patrick S. Layng |
| 2544 Lake Shore Drive | Office of the United States Trustee |
| Lynwood, IL  60411 | Dirksen Federal Court House |
| | 219 S Dearborn St Rm 873 |
| | Chicago, IL 60604 |
| | |
| | **Claim Holder** |
| | Ocwen Loan Servicing LLC |
| | Attn Cashiering Dept |
| | P O Box 24781 |
| | West Palm Beach, FL  33416-4781 |
| | |
| **Debtor Attorney** | **Attorney for Claim Holder** |
| Edwin L Feld & Associates | C/O Ocwen Loan Servicing LLC |
| 29 S LaSalle St Ste 328 | Attn Cashiering Dept |
| Chicago, IL  60603 | P O Box 24781 |
| | West Palm Beach, FL  33416-4781 |